UNITED STATES OF AMERICA
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN D. McABOY, | |
| Plaintiff, | Case No. C05-1250P |
| v. | |
| VIAD CORPORATION, | MINUTE ORDER REASSIGNING CASE |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

This case is reassigned to the Honorable <u>Robert S. Lasnik</u> as related to <u>C05-1241L.</u>

All future pleadings filed in this case should reflect the change in the case number as follows: <u>C05-1250L.</u>

Filed and entered this 12th day of September, 2005.

BRUCE RIFKIN, Clerk

By      Eileen Scollard

Deputy Clerk

MINUTE ORDER