UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN D. McABOY, for himself and as Personal Representative of the Estate of JEAN McABOY, a single person,

    Plaintiff,

v.

VIAD CORPORATION, *et al.*,

    Defendants.

Case No. C05-1250L

ORDER STAYING DEFENDANT'S MOTION TO CONSOLIDATE

This matter comes before the Court on "Defendant Viad Corporation's Motion for Consolidation" (Dkt. # 6). Jurisdiction over the intended companion case, McAboy v. Imo Industries, et al., CV05-1241, has been conditionally transferred to the Eastern District of Pennsylvania pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. 199 F.R.D. 425, 435–36 (2001) (setting forth general rules for multidistrict litigation under 28 U.S.C. § 1407). Plaintiff McAboy has filed a notice of opposition to transfer with the Clerk of the Panel pursuant to Rule 7.4(c) and currently is filing a motion opposing transfer. Although jurisdiction over the instant case remains with this Court, no further action on the motion for consolidation will occur while the intended companion case is before the Panel on Multidistrict Litigation. For this reason, IT IS HEREBY ORDERED that defendant's motion to consolidate is STAYED pending the Panel on Multidistrict Litigation's

1 disposition of the motion opposing transfer of the intended companion case.

2

3        DATED this 31st day of October, 2005.

4

5

6                                                  /s/ Robert S. Lasnik

7                                                  Robert S. Lasnik
                                                   United States District Judge

ORDER STAYING DEFENDANT'S
MOTION TO CONSOLIDATE

-2-